## CASE ANNOUNCEMENTS

*March 4, 2014*

[Cite as *03/04/2014 Case Announcements #3*, 2014-Ohio-805.]

## MOTION AND PROCEDURAL RULINGS

**2014–0251. Ibrahim v. Ibrahim.**
Franklin App. No. 13AP–681, 2013-Ohio-5401. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's emergency motion for stay, it is ordered by the court that appellee shall file a response, if any, no later than 10:00 a.m. on Thursday, March 6, 2014.

## CASE ANNOUNCEMENTS

*March 5, 2014*

[Cite as *03/05/2014 Case Announcements*, 2014-Ohio-797.]

## MOTION AND PROCEDURAL RULINGS

**2013–1807. In re Complaint of Toliver v. Vectren Energy Delivery of Ohio, Inc.**
Public Utilities Commission, No. 12–3234–GA–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the motion for leave to intervene as appellee of Vectren Energy Delivery of Ohio, Inc., it is ordered by the court that the motion is granted.